# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| Plaintiffs, | 4:24CR3086 |
| vs. | |
| **MICHAEL A. PARIS,** | **ORDER** |
| Defendants. | |

The plaintiff has filed a Motion to Extend (Filing No. 74). The motion is unopposed. Based on the showing set forth in the motion, the court finds the motion should be granted. Accordingly,

**IT IS ORDERED:**

1. On or before March 7, 2025, the government shall file its brief in opposition to the defendant's motion. See NECrimR 12.3(c).

2. On or before March 14, 2025, the parties shall meet and confer to resolve any issues not requiring an evidentiary hearing, agree upon any factual stipulations to be presented to the court, and discuss proposed exhibits and witnesses.

3. On or before March 21, 2025, the parties shall deliver to the undersigned's chambers via email to deluca@ned.uscourts.gov or hand delivery their proposed witness list(s), exhibit list(s), and copies of all exhibits.

4. A telephone status conference to discuss prehearing matters and the scheduling of an evidentiary hearing will be held before the undersigned magistrate judge on **March 27, 2025, at 10:00 a.m.** Conferencing instructions will be provided under a separate order.

Dated this 21st day of February, 2025.

BY THE COURT:

*s/ Jacqueline M. DeLuca*
United States Magistrate Judge